IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM HALEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-36-CFC-SRF |
| | ) | |
| JOHN DOE 1-50 and JANE DOE 1-50, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington on this 2ⁿᵈ day of April in 2026, having considered the

Report and Recommendation by United States Magistrate Judge Sherry R. Fallon

filed on March 17, 2026, and upon the expiration of the time allowed for

objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no

objections having been filed;

It is HEREBY ORDERED that:

1.  Magistrate Judge Sherry R. Fallon's Report and Recommendation (D.I.
    10) is **ADOPTED**.

2.  Plaintiff's motions for leave to conduct limited early discovery (D.I. 7;
    D.I. 13) are **DENIED AS MOOT**.

3. Plaintiff's case is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and the Clerk of Court is directed to **CLOSE** the case.

_____
Chief Judge